384 A.2d 1001

Pittsburgh National Bank v. C. I. Mortgage Group, Appellant.

Argued November 14, 1977. P. Christian Hague, with him William G. Boyle, for appellant; Beverly A. Gazza, with her Donald P. Eriksen, for appellee.

Order affirmed.